IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Stephen Sheppleman         :
                                 :
        v.             : No. 458 C.D. 2020
                                 :
City of Chester Aggregated  :
Pension Fund,               :
                                 :
           Appellant  :

**PER CURIAM**

# **O R D E R**

**NOW,** this 17th day of February, 2022, it is ordered that the above-captioned Memorandum Opinion, filed December 29, 2021, shall be designated OPINION and shall be REPORTED.